## PINKSTON v. THE STATE.

LUMPKIN, J. The only ground of error urged being that the verdict was. not supported by the evidence, and the evidence,.though conflicting, being sufficient to warrant a conviction, there was no error in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Submitted December 17, 1906.—Decided January 15, 1907.

Indictment for vagrancy. Before Judge Little. City court of Sparta. October 20, 1906.

*R. H. Lewis,* for plaintiff in error.

*R. W. Moore, solicitor,* contra.